FILED - USDC -NH
2022 JAN 24 PM 3:11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
NEW HAMPSHIRE

DARRYLE E. ROBERTSON JR.

V.

ROBERT HAZELWOOD,
     WARDEN.

---

MOTION FOR RELIEF
PURSUANT TO 28 U.S.C. Section 2241
EMERGENCY MOTION

Comes Now, "pro-se" Litigant, Mr. Darryle Edward Robertson Jr., submits this letter motion, in the interest of justice, to be rewarded relief due to the widespread outbreak of the Covid-19 virus and the severity of punishment it has compelled him to succumb.

In accordance with Haines v. Kesner, ___ U.S. ___ ., petitioner request that he be afforded the benefits of all pro-se litigants.

I.) On January 6, 2022, FCI Berlin has had it's second wide spread outbreak of the Covid-19 virus. Even where many of the prisoners and staff have been fully vaccinated, the virus has still caused the suffering of illnesses and extreme penalization. Due to a high percentage of staff shortage, prisoners are still being forced to isolate themselves in their cells for 23 hrs. and 40 mins. every other day; no visitation, no education activities; no religious or psychological programing, no adequate medical attention.

Mr. Robertson has had to suffer from these conditions for a period of two years. The mental exhaustion and fear of living in the midst of a deadly pandemic, causes Mr. Robertson prison term to be "greater than necessary." 18 U.S.C. Section 3553(a)

A.) Mr. Robertson is serving a 360 month term of imprisonment for violating federal

narcotics laws in violation of 21 U.S.C. Section 846 and 841(a). In accordance with an 11(c)(1)(C) plea agreement, Mr. Robertson stipulated to the imposition of a 30 yr. sentence. The sentence was based upon the conspiracy being responsible for murder under the cross reference found under 2d1.1(d)(1) and 2A1.1 of the sentencing guidelines.

To date, Mr. Robertson has served 245 months of his 360 month term of imprisonment. The equivalent of "23 years" with earned good time credit for his crack cocaine offense. To further cause Mr. Robertson to remain imprisoned does more harm than good considering:

1.) Mr. Robertson was only 15 years of age at the time of the instant offense.
2.) Mr. Robertson has served 23 years with earned good time.
3.) Mr. Robertson have not been given an institutional infraction in six years.
4.) Mr. Robertson's security level is low.
5.) Mr. Robertson's recidivism level is low.

6.) Mr. Robertson has a viable release plan where he intends to live with his fiancé (Ms. Lorella Jones), whom is an emergency room nurse at Sinai hospital in Baltimore. Mr. Robertson has employment at "Gifted Hands" hospice care that his fiancé co-owns, where he will serve as janitorial manager.

7.) Mr. Robertson has completed a host of educational and vocational programming.

8.) Mr. Robertson has tested positive for the Covid-19 virus after being fully vaccinated.

9.) Mr. Robertson is forced to suffer extreme punishment then was initially intended at his initial sentencing; which amounts to a sentence being "greater than necessary".

In conclusion, Mr. Robertson request the court to excuse his inability to provide the necessary documentation required when submitting a motion under 28 U.S.C. Section 2241. Petitioner submits that he is unable to submit

the necessary documents because he is in quarantine after testing positive for the virus during the drafting of this motion.

## Relief Requested

Mr. Robertson request the court to release him from custody and/or allowing him to serve the remainder of his imprisonment on home confinement due to the BOP's failure to adequately defend him against the virus and for causing him to serve his sentence under severe punishment.

## Certificate of Service

I, Darryle E. Robertson Jr., do hereby confirm that the aforementioned is true and complete. 28 U.S.C. section 1746

January 17, 2022.

Respectfully,
Darryle E. Robertson

Curtis Darnyle S Roberson
Reg. NO # 34611-037
Federal Correctional Institution
P.O. BOX # 9000
Berlin, NH. 03570

United States District Court
55 Pleasant Street
#110
Concord, NH. 03301